THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-049RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANTS' |
| v. | ) | JOINT MOTION TO CONTINUE |
| | ) | TRIAL AND PRETRIAL MOTIONS |
| BRADFORD JOHNSON and | ) | DEADLINE |
| ERIC WOODBERRY, | ) | |
| | ) | |
| Defendants. | ) | |

THE COURT has considered Defendant's Joint Motion to Continue the Trial Date and Pretrial Motions Deadline, the Government's Non-Objection, and the files and pleadings herein, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*USA v. Johnson and Woodberry*, CR18-049-RAJ) - 1

1        (c) the additional time requested is a reasonable period of delay, as the

2    defendants have requested more time to prepare for trial, to investigate the matter, to

3    gather evidence material to the defense, and to consider possible defenses; and

4        (d) the ends of justice will best be served by a continuance, and the ends of

5    justice outweigh the best interests of the public and the defendants in any speedier trial,

6    as set forth in 18 U.S.C. § 3161(h)(7)(A); and

7        (e) the additional time requested between the current trial date of October 29,

8    2018, and the new trial date is necessary to provide counsel for the defendants the

9    reasonable time necessary to prepare for trial, considering counsel's schedules and all

10   of the facts set forth above.

11       IT IS THEREFORE ORDERED that the Defendants' Joint Motion (Dkt. #32) is

12   GRANTED.  The trial date in this matter shall be continued to March 18, 2019.  All

13   pretrial motions, including motions in limine, shall be filed no later than January 31,

14   2019.

15       IT IS FURTHER ORDERED that the period of delay from the date of this order

16   to the new trial date of March 18, 2019, is excludable time pursuant to 18 U.S.C. §§

17   3161(h)(7)(A) and (h)(7)(B)(iv).

18       DATED this 25th day of September, 2018.

19

20   _____

21   The Honorable Richard A. Jones
     United States District Judge

22

23

24

25

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*USA v. Johnson and Woodberry*, CR18-049-RAJ) - 2