Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-049RAJ |
|---|---|
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR REVIEW AND DISCLOSURE OF LAW ENFORCEMENT OFFICER FILES AND RECORDS |
| v. | |
| ERIC WOODBERRY, | |
| Defendant. | |

THIS MATTER has come before the Court upon Defendant's Motion for Review and Disclosure of Law Enforcement Officer Files and Records. Having considered the motion, the Government's response, and the files and pleadings herein,

IT IS ORDERED that Defendant's motion (Dkt. #52) is DENIED without prejudice to being renewed after the parties have met and conferred to determine if disclosure of the records at issue can be accomplished without Court intervention.

DATED this 5th day of March, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING WITHOUT PREJUDICE
DEFENDANT'S MOTION FOR REVIEW AND
DISCLOSURE OF LAW ENFORCEMENT
OFFICER FILES AND RECORDS – 1