Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  v.<br><br>ERIC WOODBERRY,<br><br>                     Defendant. | No. CR18-049RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE EVIDENCE AND TESTIMONY CONCERNING HIS FINANCIAL CONDITION |

THIS MATTER has come before the Court upon Defendant's Motion to Exclude Evidence and Testimony Concerning His Financial Condition. Having considered the motion, and the Government's response indicating it does not intend to introduce this evidence at trial, and the files and pleadings herein,

IT IS ORDERED that Defendant's motion (Dkt. #53) is GRANTED. No evidence or testimony concerning Defendant's financial condition shall be admitted at trial.

DATED this 5th day of March, 2019.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
TO EXCLUDE EVIDENCE AND TESTIMONY
CONCERNING HIS FINANCIAL CONDITION – 1

Law Offices of Stephan R. Illa, Inc. P.S.
P.O. Box 10033
Seattle, WA 98110
(206) 464-4142