UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No.: CR18-49RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF NEW COUNSEL |
| ERIC HENRY WOODBERRY, | ) | |
| Defendant | ) | |

Having reviewed Defendant's motion for appointment of new counsel, and having heard from counsel and Defendant Eric Henry Woodberry at a hearing conducted on this date, and for good cause shown as stated on the record,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #96) is GRANTED. Attorney Stephan Illa shall be terminated as counsel of record for Defendant Eric Henry Woodberry upon appointment by the CJA Coordinator of successor counsel.

DATED this 26th day of March, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1