Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC HENRY WOODBERRY,<br><br>　　　　　　　Defendant. | No. CR18-049RAJ<br><br>ORDER TERMINATING<br>MOTIONS AS MOOT |

THIS MATTER has come before the Court *sua sponte*. Having reviewed Defendant Eric Woodberry's Position on Previously Filed Motions and Notices (Dkt. #102), the Court finds as follows:

1. As to Defendant Woodberry's Motion to Suppress Custodial Statements (Dkt. #72), the Government states it will not introduce in its case-in-chief any statements of Defendant Woodberry after he invoked his *Miranda* rights, and therefore Defendant Woodberry indicates this issue is moot.

ORDER TERMINATING
MOTIONS AS MOOT – 1

2. As to Defendant Woodberry's Motion to Exclude Evidence of Prior Convictions, Incarceration, and Pending Charges in Other Courts (Dkt. #74), Defendant Woodberry states the Government, with minor qualifications, appears to agree this motion is moot.

Accordingly, Defendant Woodberry's Motion to Suppress Custodial Statements (Dkt. #72) and Defendant Woodberry's Motion to Exclude Evidence of Prior Convictions, Incarceration, and Pending Charges in Other Courts (Dkt. #74) are hereby terminated as moot.

DATED this 5th day of April, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge