Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC WOODBERRY,<br><br>　　　　　　　　　Defendant. | No. CR18-049RAJ<br><br>ORDER GRANTING DEFENDANT ERIC WOODBERRY'S MOTION TO PRECLUDE IN-COURT IDENTIFICATION |

　　　　THIS MATTER has come before this Court upon Defendant Eric Woodberry's Motion to Preclude In-Court Identification (Dkt. #79).  Having considered the motion, the government's response (Dkt. #90) and the files and pleadings herein, the Court **GRANTS** the motion.

　　　　The defendant seeks an order precluding any of the witnesses to the robbery from making an in-court identification of Mr. Woodberry as their assailant at trial.  This request is premised upon the belief that none of the three witnesses to the robbery were able to identify the defendants based upon facial recognition.  At best, it is anticipated that the witnesses will make identifications based on clothing and footwear.  The government concedes this point and seeks affirmation prohibiting the defense from asking the witnesses whether they can identify either defendant in court.

The Court will therefore prohibit either party from asking the three witnesses whether they can identify either defendant in court during trial. This ruling does not conflict with the Court's order allowing an evidentiary hearing on the motion to suppress the witnesses' identification of the defendants during the show-up procedure that took place within a few hours of the robbery.

For these reasons, Defendant Woodberry's Motion to Preclude In-Court Identification (Dkt. #79) is **GRANTED.**

DATED this 12th day of April, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT
WOODBERRY'S MOTION TO PRECLUDE
IN-COURT IDENTIFICATION – 2