Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC HENRY WOODBERRY,<br><br>　　　　　　　　　　Defendant. | No. CR18-049RAJ<br><br>ORDER DENYING DEFENDANT WOODBERRY'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL |

THIS MATTER has come before the Court upon Defendant Eric Henry Woodberry's Renewed Motion for Judgment of Acquittal (Dkt. #179). Having considered the motion, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant Eric Henry Woodberry's Renewed Motion for Judgment of Acquittal (Dkt. #179) is DENIED.

DATED this 2nd day of July, 2019.

_____
The Honorable Richard A. Jones
United States District Judge