The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff<br><br>     v.<br><br>ERIC WOODBERRY,<br><br>            Defendant. | NO. 2:18-cr-00049-RAJ<br><br>ORDER GRANTING<br>UNOPPOSED MOTION TO<br>SET NEW BRIEFING SCHEDULE |

The Court, having considered the unopposed defense motion to set a new briefing schedule on the Defendant's Motion to Reduce Sentence (Dkt. 248), hereby GRANTS the unopposed motion and enters the following amended briefing schedule:

    1.     Defense brief due by February 28, 2022;

    2.     Government response brief due by March 14, 2022;

    3.     Optional defense brief due by March 21, 2022; and

    4.     The motion is renoted for March 25, 2022.

DATED this 24th day of January, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO SET NEW BRIEFING SCHEDULE - 1