Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC HENRY WOODBERRY, <br><br> Defendant. | Case No. 2:18-cr-00049-RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon Defendant Eric Henry Woodberry's Motion to Seal Medical Records Exhibit to his Motion for Compassionate Release. Having considered the motion and the files and pleadings herein, and having found good cause, the Motion to Seal (Dkt. 251) is GRANTED. Defendant's medical records filed at Dkt. 253 shall remain under seal.

DATED this 2nd day of March, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1