The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC HENRY WOODBERRY,<br><br>  Defendant. | NO. 2:18-cr-00049-RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS ORDERED that the Motion (Dkt. 256) is GRANTED. The United States may file its Response to Eric Henry Woodberry's Motion for Compassionate Release that does not exceed 15 pages in length.

DATED this 15th day of March, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION
TO FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Woodberry,* 2:18-cr-00049-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970