The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>ERIC HENRY WOODBERRY,<br><br>                  Defendant. | NO. 2:18-cr-00049-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

THIS MATTER has come before the Court on the Government's Motion to Seal Exhibit A to the Government's Response to Defendant's Motion for Compassionate Release. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit A to the Government's Response to Defendant's Motion for Compassionate Release, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 258) is GRANTED. Exhibit A to Government's Response to Defendant's Motion for Compassionate Release shall remain under seal.

DATED this 15th day of March, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Woodberry,* 2:18-cr-00049-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970